In the Matter of the Application of Kᴇɴsɪᴄᴏ Cᴇᴍᴇᴛᴇʀʏ, Appellant. Tʜᴇ Pᴇᴏᴘʟᴇ ᴏꜰ ᴛʜᴇ Sᴛᴀᴛᴇ ᴏꜰ Nᴇᴡ Yᴏʀᴋ, Respondent.

Argued May 26, 1949; decided July 19, 1949.

*William F. Bleakley, Henry R. Barrett, Jr.,* and *James D. Hopkins* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Abe Wagman, Wendell P. Brown, Theodore D. Ostrow* and *Jerome O. Glucksman* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.